# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**ROSALYN SANDERS,**

    **Plaintiff,**

**v.**                                                                              **Case No. 1:19-cv-210-AW-GRJ**

**ELIZABETH BROOME,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

Before the Court is the magistrate judge's January 21, 2020 Report and Recommendation. ECF No. 6. There have been no objections. I have determined that the Report and Recommendation should be adopted. It is now ordered:

1. The Report and Recommendation, ECF No. 6, is adopted and incorporated by reference.

2. The clerk shall enter a judgment that says "This case is dismissed for failure to prosecute and for failure to comply with a court order."

3. The clerk shall close the file.

SO ORDERED on March 4, 2020.

                                                                     s/ *Allen Winsor*
                                                                      United States District Judge